FILED

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0546

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0546

_____

PATRICK STEVEN BRYAN, II,

     Petitioner,

    v.                                          O R D E R

JESSE SLAUGHTER, Cascade County Sheriff,

     Respondent.

_____

Patrick Steven Bryan II petitions this Court for a writ of habeas corpus to relieve him from what he contends is an unlawful order of the Eighth Judicial District Court holding him on $10,000 bail in Cascade County Cause No. CDC-21-660. As Bryan is being held pre-trial in the Cascade County Detention Center, we have revised the caption of the case to name only the person having custody. *See* § 46-22-205(1), MCA.

Bryan argues that the State did not present sufficient evidence to justify the imposition of bail, that he is indigent, and that the failure to release him under the circumstances presented unlawfully restrains him of liberty in violation of his constitutional rights. Having reviewed the petition and attachments, the Court deems it advisable to obtain a response.

IT IS THEREFORE ORDERED that the Attorney General, the Cascade County Attorney, or both, are granted twenty days from the date of this Order within which to file a response to the petition.

The Clerk of this Court is directed to give notice of this Order to the Attorney General, to all counsel of record in Cascade County Cause No. CDC-21-0660, and to the Hon. John Kutzman, presiding judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 8 2021